THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE KONSTANTINIDES, Appellant.

Submitted March 23, 2009; decided March 26, 2009

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 2 Rector Street, 10th Floor, New

York, NY 10006 assigned as counsel to the appellant on the appeal herein.